| | |
|---|---|
| KAILEY KELLEY AND<br>LAVARE KELLEY,<br><br>**Plaintiffs,**<br><br>v.<br>CASTRO LAW, LLC AND<br>CASTRO LAW SC, LLC,<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Stay Proceedings Pending Arbitration (Doc. No. 16) and the Parties' Joint Stipulation and Agreement attached to the Motion as Exhibit A (the "Joint Stipulation and Agreement"). Having reviewed the Joint Motion and the Joint Stipulation and Agreement, and finding that the Joint Motion is supported by good cause, the Court **GRANTS** the Joint Motion.

**NOW THEREFORE IT IS ORDERED THAT:**

1. The Parties' Joint Stipulation and Agreement, attached to the Motion as Exhibit A, is **APPROVED**;

2. Defendants' Motion to Stay Proceedings and Compel Arbitration (Doc. No. 12) is **DENIED** as moot;

3. Pursuant to 9 U.S.C. § 3, this action is **STAYED** pending the arbitration described in the Joint Stipulation and Agreement; and

4. Within fourteen (14) days of the conclusion, termination, or dismissal of the arbitration described in the Joint Stipulation and Agreement, the Parties shall

1

file a joint status report advising the Court of the outcome and, if applicable, move to lift the stay.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: July 23, 2026

Kenneth D. Bell
United States District Judge

2